| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murphy, Diana E | U.S.Court of Appeals (8th Cir) | 05/02/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

**7. Chambers or Office Address**

U.S. Courthouse
300 S. Fourth Street, 11E
Minneapolis, MN 55415

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | University of Minnesota Foundation |
| 2. Trustee | University of St. Thomas |
| 3. Director | Minnesota Opera |
| 4. Director | Hill Museum and Manuscript Library |
| 5. Director | Foundation for Advancement of an Independent Judiciary |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE

2008 MAY -9 A 10: 14

RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 5-6 | Pentagon City, VA | Board Meeting | transportation, hotel & meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Ind'l Retirement Acct-▮▮ (USBonds) | | None | | T | partial dist | 12/12 | | | |
| 2. ▮▮NTL Tax Free MM Fund, | | Interest | | T | | | | | |
| 3. ▮▮Ntl Tax Free MM Fund, ▮▮ | | Interest | | T | | | | | |
| 4. Checking Acct, ▮▮ | | Interest | | T | | | | | |
| 5. Trust, ▮▮ (mun bds & cash eq) | | Interest | | T | | | | | |
| 6. IRA ▮▮ (USBonds) | | None | | T | partial dist | 12/12 | | | |
| 7. Bond - U.S. Treasury Notes | | None | | T | | | | | |
| 8. U.S. Treasury Bond | | Interest | | T | | | | | |
| 9. Tax-exempt MM Fund, ▮▮ | | Interest | | T | | | | | |
| 10. Tax-exempt MM Fund, ▮▮ | | Interest | | T | | | | | |
| 11. Bond - Maple Grove, MN | | Interest | | | redemption | 10/1 | | | |
| 12. U.S. Treasury Bonds | | Interest | | T | | | | | |
| 13. U.S. Treasury Bonds | | Interest | | T | | | | | |
| 14. Bond - Wayzata, MN | | Interest | | | redemption | 2/1 | | | |
| 15. Bond - Chaska, MN | | Interest | | T | | | | | |
| 16. Bond - Ramsey Co., MN | | Interest | | | redemption | 2/1 | | | |
| 17. Bond - Duluth, MN | | Interest | | | redemption | 2/1 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bond - Eden Prairie, MN | | Interest | | T | | | | | |
| 19. Bond - Inver Grove Heights, MN | | Interest | | T | | | | | |
| 20. Bond - Mahtomedi, MN | | Interest | | T | | | | | |
| 21. Bond - Maple Grove, MN | | Interest | | | redemption | 2/1 | | | |
| 22. Bond - Minneapolis, MN | | Interest | | | redemption | 2/1 | | | |
| 23. Bond - Minneapolis, MN | | Interest | | T | | | | | |
| 24. Bond - Minneapolis, MN | | Interest | | T | | | | | |
| 25. Bond - Minnetonka, MN | | Interest | | T | | | | | |
| 26. Bond - Minnetonka, MN | | Interest | | T | | | | | |
| 27. Bond - Ramsey Co., MN | | Interest | | | redemption | 2/1 | | | |
| 28. Bond - Roseville, MN | | Interest | | T | | | | | |
| 29. Bond - Wayzata, MN | | Interest | | | redemption | 2/1 | | | |
| 30. Bond - Hutchinson, MN | | Interest | | T | | | | | |
| 31. Bond - Minneapolis, MN | | Interest | | T | | | | | |
| 32. Bond - Minnesota | | None | | | redemption | 10/1 | | | |
| 33. Bond - Northfield, MN | | Interest | | T | | | | | |
| 34. Bond - Sartell, MN | | Interest | | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bond - Woodbury, MN | | Interest | | | redemption | 2/1 | | | |
| 36. Bond - Lakeville, MN | | Interest | | T | | | | | |
| 37. Bond - Minnesota | | Interest | | T | | | | | |
| 38. Bond - Minnesota HGR ED | | Interest | | T | | | | | |
| 39. Bond - Northfield, MN | | Interest | | T | | | | | |
| 40. Bond - St. Paul, MN | | Interest | | T | | | | | |
| 41. Bond - Sartell, MN | | Interest | | T | | | | | |
| 42. Bond - Woodbury, MN | | Interest | | T | | | | | |
| 43. Bond - Bemidji, MN | | Interest | | | redemption | 4/2 | | | |
| 44. Bond - Buffalo, MN | | Interest | | T | | | | | |
| 45. Bond - Burnsville, MN | | Interest | | T | | | | | |
| 46. Bond - Fairmont, MN | | Interest | | | redemption | 5/1 | | | |
| 47. Bond - Forest Lake City, MN | | Interest | | T | | | | | |
| 48. Bond - Forest Lake City, MN | | Interest | | T | | | | | |
| 49. Bond - Maple Grove, MN | | Interest | | T | | | | | |
| 50. Bond - Maple Grove, MN | | Interest | | T | | | | | |
| 51. Bond - Maple Grove, MN | | Interest | | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bond - Minneapolis, MN | ▮ | Interest | ▮ | T | | | | | |
| 53. Bond - Minneapolis, MN | ▮ | Interest | ▮ | T | | | | | |
| 54. Bond - Minneapolis, MN | ▮ | Interest | ▮ | T | | | | | |
| 55. Bond - Minneapolis, MN | ▮ | Interest | ▮ | T | | | | | |
| 56. Bond - Minneapolis, MN | ▮ | Interest | ▮ | T | | | | | |
| 57. Bond - MSP Airport | ▮ | Interest | ▮ | T | | | | | |
| 58. Bond - North St. Paul | ▮ | Interest | ▮ | | redemption | 2/1 | ▮ | ▮ | |
| 59. Bond - Rosemount, MN | ▮ | Interest | ▮ | T | | | | | |
| 60. Bond - Rosemount, MN | ▮ | Interest | ▮ | T | | | | | |
| 61. Bond - St. Paul, MN | ▮ | Interest | ▮ | T | | | | | |
| 62. Bond - Bloomington, MN | ▮ | Interest | ▮ | T | | | | | |
| 63. Bond - Golden Valley, MN | ▮ | Interest | ▮ | T | | | | | |
| 64. Bond - Grand Meadow, MN | ▮ | Interest | ▮ | T | | | | | |
| 65. Bond - Maplewood, MN | ▮ | Interest | ▮ | T | | | | | |
| 66. Bond - Maplewood, MN | ▮ | Interest | ▮ | T | | | | | |
| 67. Bond - Pipestone, MN | ▮ | Interest | ▮ | T | | | | | |
| 68. Bond - Ramsey Cty, MN | ▮ | Interest | ▮ | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,000 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
   (See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Bond - Rockford, MN | | Interest | | T | | | | | |
| 70. Bond - St. Louis Park, MN | | Interest | | T | | | | | |
| 71. Bond - St. Paul, MN | | Interest | | T | | | | | |
| 72. Bond - So. St. Paul, MN | | Interest | | T | | | | | |
| 73. Bond - Ulen-Hitterdal Dst. MN | | Interest | | T | | | | | |
| 74. Bond - Ulen-Hitterdal Dst. MN | | Interest | | T | | | | | |
| 75. Bond - US Treasury | | Interest | | T | | | | | |
| 76. Bond - Bloomington, MN | | Interest | | T | | | | | |
| 77. Bond - Brooklyn Park, MN | | Interest | | T | | | | | |
| 78. Bond - Chaska, MN | | Interest | | T | | | | | |
| 79. Bond - Golden Valley, MN | | Interest | | T | | | | | |
| 80. Bond - Lakeville, MN | | Interest | | T | | | | | |
| 81. Bond - Maplewood, MN | | Interest | | T | | | | | |
| 82. Bond - Pipestone, MN | | Interest | | T | | | | | |
| 83. Bond - Pipestone, MN | | Interest | | T | | | | | |
| 84. Bond - Ramsey Cty, MN | | Interest | | T | | | | | |
| 85. Bond - Rockford, MN | | Interest | | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Bond - St. Louis Park, MN | | Interest | | T | | | | | |
| 87. Bond - St. Paul, MN | | Interest | | T | | | | | |
| 88. Bond - So. St. Paul, MN | | Interest | | T | | | | | |
| 89. Bond - Ulen-Hitterdal Dst, MN | | Interest | | T | | | | | |
| 90. Bond - Ulen-Hitterdal Dst, MN | | Interest | | T | | | | | |
| 91. Bond - Bloomington, MN | | Interest | | T | | | | | |
| 92. Bond - St. Paul, MN | | Interest | | T | | | | | |
| 93. Bond - Sub Hennepin Cty., MN | | Interest | | T | | | | | |
| 94. Bond - Andover, MN | | Interest | | T | | | | | |
| 95. Bond - Bloomington, MN | | Interest | | T | | | | | |
| 96. Bond - Chaska, MN | | Interest | | T | | | | | |
| 97. Bond - Dakota Cty, MN | | Interest | | T | | | | | |
| 98. Bond - Elk River, MN | | Interest | | T | | | | | |
| 99. Bond - Farmington, MN | | Interest | | T | | | | | |
| 100. Bond - Minneapolis Metropolitan Airports | | Interest | | T | | | | | |
| 101. Bond - Northfield, MN | | Interest | | T | | | | | |
| 102. Bond - St. Louis Cty, MN | | Interest | | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Bond - St. Paul, MN | | Interest | | T | | | | | |
| 104. Bond - Stillwater, MN | | Interest | | T | | | | | |
| 105. Bond - Sub Hennepin Cty, MN | | Interest | | T | | | | | |
| 106. Bond - Hopkins, MN | | Interest | | T | | | | | |
| 107. Bond - Andover, MN | | Interest | | T | | | | | |
| 108. Bond - Brooklyn Center, MN | | Interest | | T | | | | | |
| 109. Bond - Hennepin County, MN | | Interest | | T | | | | | |
| 110. Bond - Hopkins, MN | | Interest | | T | | | | | |
| 111. Bond - Lakeville, MN | | Interest | | T | | | | | |
| 112. Bond - Minneapolis, MN | | Interest | | T | | | | | |
| 113. Bond - Olmsted County | | Interest | | T | | | | | |
| 114. Bond - St. Paul, MN | | Interest | | T | | | | | |
| 115. Bond - Woodbury, MN | | Interest | | | | redemption | 2/1 | | | |
| 116. Bond - Minneapolis, MN | | Interest | | T | | | | | |
| 117. Bond - Moorhead, MN | | Interest | | T | | | | | |
| 118. Bond - Richfield, MN | | Interest | | T | | | | | |
| 119. Bond - Dakota County, MN | | Interest | | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Bond - Edina, MN | | Interest | | T | | | | | |
| 121.  Bond - Golden Valley, MN | | Interest | | T | | | | | |
| 122.  Bond - Hennepin Cty, MN | | Interest | | T | | | | | |
| 123.  Bond - Mahtomedi, MN | | Interest | | T | | | | | |
| 124.  Bond - Maplewood, MN | | Interest | | T | | | | | |
| 125.  Bond - Minneapolis, MN | | Interest | | T | | | | | |
| 126.  Bond - Minneapolis, MN | | Interest | | T | | | | | |
| 127.  Bond - Minneapolis, MN | | Interest | | T | | | | | |
| 128.  Bond - Minnesota | | Interest | | T | | | | | |
| 129.  Bond - Moorhead, MN | | Interest | | T | | | | | |
| 130.  Bond - Osakis, MN | | Interest | | T | | | | | |
| 131.  Bond - Otsego, MN | | Interest | | T | | | | | |
| 132.  Bond - Prior Lake, MN | | Interest | | T | | | | | |
| 133.  Bond - Ramsey Cty, MN | | Interest | | T | | | | | |
| 134.  Bond - Richfield, MN | | Interest | | T | | | | | |
| 135.  Bond - St. Paul, MN | | Interest | | T | | | | | |
| 136.  Bond - St. Paul, MN | | Interest | | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.   Bond - St. Paul Park, MN | | Interest | | T | | | | | |
| 138.   Bond - Sherburne Cty, MN | | None | | T | | | | | |
| 139.   Bond - St. Paul, MN | | Interest | | T | | | | | |
| 140.   Bond - Minneapolis, MN | | Interest | | T | | | | | |
| 141.   Bond - Bloomington, MN | | Interest | | T | | | | | |
| 142.   Bond - Bloomington, MN | | Interest | | T | | | | | |
| 143.   Bond - Champlin, MN | | Interest | | T | | | | | |
| 144.   Bond - Chaska, MN | | Interest | | T | | | | | |
| 145.   Bond - Chaska, MN | | Interest | | T | | | | | |
| 146.   Bond - Elk River, MN | | Interest | | T | | | | | |
| 147.   Bond - Lake Elmo, MN | | Interest | | T | | | | | |
| 148.   Bond - Lakeville, MN | | Interest | | T | | | | | |
| 149.   Bond - Minnetonka, MN | | Interest | | T | | | | | |
| 150.   Bond - Mounds View, MN | | Interest | | T | | | | | |
| 151.   Bond - Northfield, MN | | Interest | | T | | | | | |
| 152.   Bond - Saint Anthony, MN | | Interest | | T | | | | | |
| 153.   Bond - St. Louis Park, MN | | Interest | | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Bond - Shakopee, MN | | Interest | | T | | | | | |
| 155. Bond - Washington Cty, MN | | Interest | | T | | | | | |
| 156. Bond - West St. Paul, MN | | Interest | | T | | | | | |
| 157. Bond - Anoka, MN | | Interest | | T | | | | | |
| 158. Bond - Bloomington, MN | | Interest | | T | | | | | |
| 159. Bond - Brooklyn Park, MN | | Interest | | T | | | | | |
| 160. Bond - Edina, MN | | None | | T | | | | | |
| 161. Bond - Golden Valley, MN | | Interest | | T | | | | | |
| 162. Bond - Golden Valley, MN | | Interest | | T | | | | | |
| 163. Bond -Inver Grove Heights, MN | | Interest | | T | | | | | |
| 164. Bond - Maple Grove, MN | | Interest | | T | | | | | |
| 165. Bond - Rosemount, MN | | Interest | | T | | | | | |
| 166. Bond - Anoka, MN | | Interest | | T | | | | | |
| 167. Bond - Bloomington, MN | | Interest | | T | | | | | |
| 168. Bond - Brooklyn Park, MN | | Interest | | T | | | | | |
| 169. Bond - Dayton, MN | | Interest | | T | | | | | |
| 170. Bond - Golden Valley, MN | | Interest | | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Bond - Golden Valley, MN | | Interest | | T | | | | | |
| 172. Bond - Golden Valley, MN | | Interest | | T | | | | | |
| 173. Bond - Maplewood, MN | | Interest | | T | | | | | |
| 174. Bond - Rosemount, MN | | Interest | | T | | | | | |
| 175. Bond - St. Michael, MN | | Interest | | T | | | | | |
| 176. Bond - St. Michael, MN | | Interest | | T | | | | | |
| 177. Bond - Three Rivers, MN | | Interest | | T | | | | | |
| 178. Bond - Washington County, MN | | Interest | | T | | | | | |
| 179. Bond - Bloomington, MN | | Interest | | T | | | | | |
| 180. Bond - Brooklyn Center, MN | | Interest | | T | | | | | |
| 181. Bond - Brooklyn Center, MN | | Interest | | T | | | | | |
| 182. Bond - Crystal, MN | | Interest | | T | | | | | |
| 183. Bond - Eden Prairie, MN | | Interest | | T | | | | | |
| 184. Bond - Hennepin Cty, MN | | Interest | | T | | | | | |
| 185. Bond - Hopkins, MN | | Interest | | T | | | | | |
| 186. Bond - Lino Lakes, MN | | Interest | | T | | | | | |
| 187. Bond - Minnesota State | | Interest | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Bond - Spring Lake Park | | Interest | | T | | | | | |
| 189.  Bond - St. Paul, MN | | Interest | | T | | | | | |
| 190.  Bond - St. Paul, MN | | Interest | | T | | | | | |
| 191.  Bond - St. Paul, MN | | Interest | | T | | | | | |
| 192.  Bond - Three Rivers Park, MN | | Interest | | T | | | | | |
| 193.  Bond - Worthington, MN | | Interest | | T | | | | | |
| 194.  Bond - Alexandria, MN | | Interest | | T | | | | | |
| 195.  Bond - Bloomington, MN | | Interest | | T | | | | | |
| 196.  Bond - Brooklyn Ctr, MN | | Interest | | T | | | | | |
| 197.  Bond - Brooklyn Ctr, MN | | Interest | | T | | | | | |
| 198.  Bond - Brooklyn Ctr, MN | | Interest | | T | | | | | |
| 199.  Bond - Crystal, MN | | Interest | | T | | | | | |
| 200.  Bond - Eden Prairie, MN | | Interest | | T | | | | | |
| 201.  Bond - Farmington, MN | | Interest | | T | | | | | |
| 202.  Bond - Fridley, MN | | Interest | | T | | | | | |
| 203.  Bond - Hennepin Cty, MN | | Interest | | T | | | | | |
| 204.  Bond - Hopkins, MN | | Interest | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Bond - Inver Grove Hgts, MN | | Interest | | T | | | | | |
| 206. Bond - Lino Lakes, MN | | Interest | | T | | | | | |
| 207. Bond - Minneapolis, MN | | Interest | | T | | | | | |
| 208. Bond - Minneapolis, MN | | Interest | | T | | | | | |
| 209. Bond- Minneapolis, MN | | Interest | | T | | | | | |
| 210. Bond - Minnesota -State | | Interest | | T | | | | | |
| 211. Bond - Minnesota - State | | Interest | | T | | | | | |
| 212. Bond - Minnesota - State | | Interest | | T | | | | | |
| 213. Bond - Robbinsdale, MN | | Interest | | T | | | | | |
| 214. Bond - Sauk Centre, MN | | Interest | | T | | | | | |
| 215. Bond - Scott County, MN | | Interest | | T | | | | | |
| 216. Bond - Shakopee, MN | | Interest | | T | | | | | |
| 217. Bond - Spring Lake Park, MN | | Interest | | T | | | | | |
| 218. Bond - St. Anthony, MN | | Interest | | T | | | | | |
| 219. Bond - St. Michael, MN | | Interest | | T | | | | | |
| 220. Bond - Staples, MN | | Interest | | T | | | | | |
| 221. Bond - St. Paul, MN | | Interest | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Bond - St. Paul, MN | | Interest | | T | | | | | |
| 223. Bond - St. Paul, MN | | Interest | | T | | | | | |
| 224. Bond - St. Paul, MN | | Interest | | T | | | | | |
| 225. Bond - Three Rivers Park, MN | | Interest | | T | | | | | |
| 226. Bond - Worthington, MN | | Interest | | T | | | | | |
| 227. Bond - New Brighton, MN | | Interest | | T | buy | 5/23 | | | |
| 228. U.S. Treasury Bill | | None | | T | buy | 8/15 | | | |
| 229. Bond - Andover, MN | | None | | T | buy | 2/15 | | | |
| 230. Bond - Anoka, MN | | None | | T | buy | 1/9 | | | |
| 231. Bond - Brooklyn Center, MN | | None | | T | buy | 4/24 | | | |
| 232. Bond - Buffalo, MN | | None | | T | buy | 4/23 | | | |
| 233. Bond - Burnsville, MN | | None | | T | buy | 3/1 | | | |
| 234. Bond - Centennial School, MN | | None | | T | buy | 2/13 | | | |
| 235. Bond - Edina, MN | | None | | T | buy | 5/2 | | | |
| 236. Bond - Elk River, MN | | None | | T | buy | 2/26 | | | |
| 237. Bond - Farmington, MN | | None | | T | buy | 2/13 | | | |
| 238. Bond - Fridley, MN | | None | | T | buy | 5/16 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Bond - Hopkins, MN | | None | | T | buy | 2/13 | | | |
| 240. Bond - Litchfield, MN | | None | | T | buy | 4/25 | | | |
| 241. Bond - Metropolitan Council, MN | | None | | T | buy | 2/7 | | | |
| 242. Bond - Minneapolis, MN | | None | | T | buy | 3/19 | | | |
| 243. Bond - Minnetonka, MN | | None | | T | buy | 4/18 | | | |
| 244. Bond - Mound, MN | | Interest | | T | buy | 3/22 | | | |
| 245. Bond - New Brighton, MN | | Interest | | T | buy | 6/23 | | | |
| 246. Bond - North St. Paul, MN | | Interest | | T | buy | 2/20 | | | |
| 247. Bond - North St. Paul, MN | | Interest | | T | buy | 4/20 | | | |
| 248. Bond - Olmsted, MN | | Interest | | T | buy | 3/15 | | | |
| 249. Bond - Prior Lake, MN | | Interest | | T | buy | 1/10 | | | |
| 250. Bond - Rochester, MN | | Interest | | T | buy | 1/18 | | | |
| 251. Bond - St. Cloud, MN | | Interest | | T | buy | 1/11 | | | |
| 252. Bond - St. Cloud, MN | | Interest | | T | buy | 3/22 | | | |
| 253. Bond - St. Paul, MN | | Interest | | T | buy | 2/13 | | | |
| 254. Bond - St. Paul, MN | | Interest | | T | buy | 4/20 | | | |
| 255. Bond - St. Paul, MN | | Interest | | T | buy | 5/18 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Bill - U.S. Treasury | | None | ▓ | T | buy | 8/15 | ▓ | ▓ | |
| 257. Bond - Waconia, MN | ▓ | Interest | ▓ | T | buy | 2/14 | ▓ | | |
| 258. Bond - Waconia, MN | ▓ | Interest | ▓ | T | buy | 3/15 | ▓ | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 05/02/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544